**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rudolph Deandre HALL, Defendant– Appellant.**

**No. 06–10628.**

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007.*

Filed June 14, 2007.

Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Alexandra Paradis Negin, Esq., Federal Public Defender's Office, Sacramento, CA, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Rudolph Deandre Hall appeals from the district court's denial of his suppression motion, following which he entered a conditional guilty plea to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Hall contends that the district court clearly erred by finding that he knowingly and intelligently waived his constitutional rights under *Miranda v. Arizona,* 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966), before making a videotaped statement to police. We conclude that the district court properly denied the suppression motion. *See United States v. Rodriguez–Preciado,* 399 F.3d 1118, 1127 (9th Cir.2005).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.